No. 03–1031. MOORE, SUPERINTENDENT, MONROE CORRECTIONAL COMPLEX v. SANDERS. C. A. 9th Cir. Motion of re-

spondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 